+

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

|   |   |
|---|---|
| IUSUP TOKASHEV _____ | ) |
|      Plaintiff(s), | ) |
| | ) |
| v. | ) |
| | ) |
| U.S. IMMIGRATION AND CUSTOMS | ) |
| ENFORCEMENT, ENFORCEMENT AND | ) |
| REMOVAL OPERATIONS (ERO), and | ) |
| PLYMOUTH COUNTY CORRECTIONAL | ) |
| FACILITY WARDEN _____ | ) |
|      Defendant(s). | ) |

Civil Action No. <u>26-11715-</u>JEK

_____

## **JUDGMENT**

**KOBICK, D.J.**

☐    Jury Verdict. This action came before the court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒    Decision by the Court: In accordance with the Court's Memorandum & Order dated May 8, 2026, [ECF 16], granting the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241;

**IT IS ORDERED AND ADJUDGED:**

Judgment for the Petitioner Iusup Tokashev.

Dated: May 26, 2026

/s/ Haley Currie _____

Deputy Clerk